GEORGE N. SEGER, as Administrator of the Estate of LOUISA SCHAEFFLER, Deceased, Respondent, *v.* THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee under the Will of CAROLINE WILDBERGER, Deceased, Appellant, Impleaded with Another.

*Seger* v. *Farmers' Loan & Trust Co.*, 73 App. Div. 293, reversed.
(Argued October 26, 1903; decided November 10, 1903.)

APPEAL from a judgment, entered November 24, 1902, upon an order of the Appellate Division of the Supreme Court in the first judicial department, affirming an interlocu-

tory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*James F. Horan* for appellant.

*John C. Gulick* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinions of INGRAHAM and LAUGHLIN, JJ., below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.